United States District Court
Southern District of Texas
**ENTERED**
July 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BELINDO CONDE,<br>　　Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS, INC., *et al.*,<br>　　Defendants. | §<br>§<br>§<br>§  Civil Action No. 1:18-cv-00060<br>§<br>§<br>§<br>§<br>§ |

## ORDER

　　Before the Court is Belindo Conde's (hereafter "Plaintiff") "Notice of Dismissal Without Prejudice" (Docket No. 10). Plaintiff voluntarily dismisses, without prejudice, all claims against Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Johnson & Johnson, and Janssen Ortho, LLC. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 9th day of July, 2018.

Rolando Olvera
United States District Judge